[No. 66704-1-I.   Division One.   October 1, 2012.]

*In the Matter of the Marriage of* PENNY L. SWEET, *Appellant*, and KENNETH W. SWEET, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-01590-6, Dean Scott Lum, J., entered January 19, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Cox, J.

[No. 66738-6-I.   Division One.   October 1, 2012.]

SOREN JENSEN ET AL., *Appellants*, v. DAVE LUECKE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-2-02483-1, John M. Meyer, J., entered January 21, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Ellington, J.

[No. 67229-1-I.   Division One.   October 1, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MALCOLM ROY HOLLINGSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-09625-2, Regina S. Cahan, J., entered May 23, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Cox and Spearman, JJ.

[No. 67579-6-I.   Division One.   October 1, 2012.]

JENNIFER MINATO, *Appellant*, v. KING COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-29142-0, Deborah D. Fleck, J., entered August 9, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Ellington, J.